UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ROBERT J. LANG, et al.,

        Plaintiffs,

-against-

SARAH MORRIS,

        Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/4/13

11 Civ. 8821 (KBF) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letters), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
             March 4, 2013

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                       Judge Katherine B. Forrest



**Davis Wright Tremaine LLP**

RECEIVED
MAR 01 2013
CHAMBERS OF
ANDREW J. PECK

27th Floor
1633 Broadway
New York, NY 10019-6708

Christopher Robinson
212-603-6441 tel
212-489-8340 fax

chrisrobinson@dwt.com

March 1, 2013

Via Facsimile

The Honorable Andrew J. Peck
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:   *Lang, et al. v. Morris*, Civil Case No. 11-cv-0882;
             Settlement Conference March 4, 2013, 2:30 pm.

Your Honor:

    With respect to the above captioned case, the parties wish to inform the Court that they have reached a settlement agreement on all issues. Accordingly the defendant withdraws her objection to taking the March 4 settlement conference off calendar.

    We would like to thank your Honor and your staff for your patience and assistance in this matter.

Very truly yours,

*[signature]*

Christopher Robinson

cc:   Counsel of record (via email)

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

DWT 21270468v1 0950033-000483

www.dwt.com





RECEIVED
MAR 01 2013
CHAMBERS OF
ANDREW J. PECK

E-MAIL: ANDY@BAYOAKLAW.COM

VIA FACSIMILE: 1-212-805-7933

March 1, 2013

The Honorable Andrew J Peck
Magistrate Judge
US District Ct, S. Dist of New York
500 Pearl St.
New York NY 10007-1312

    Re: ***LANG, ET ALIA V. MORRIS***
         11 CIV. 8821 (BSJ)(AJP)
         **Settlement Conference with Judge Peck:** March 4, 2013, 2:30 pm
         **Trial Date: April 8, 2013**

Your Honor:

I wrote on Monday, February 25th that the parties in the above-mentioned case have reached a provisional agreement to settle the case. The parties have worked assiduously since then, and the settlement agreement is nearly completed, except for the specific language of three paragraphs and an exhibit. There is no deep division on any portion; in the words of defense counsel Marcia Paul, we are at the "wordsmithing" stage. In view of the fact that plaintiff's counsel is in California, it would be a tremendous waste of resources to interrupt the finalization of the agreement to travel cross-country.

I therefore request that the current settlement conference date be vacated, with the chance to have another settlement conference before trial, if necessary, although I feel confident that will not be necessary. All counsel are being copied on this letter.

                Very truly yours,

                BAY OAK LAW FIRM, APLC

                ANDREW K JACOBSON

cc:    Robert Clarida (by Email)
        Marcia Paul (by Email)
        Chris Thompson (by Email)
        Donn Zaretsky (by Email)

BAY OAK LAW
180 GRAND AVE, STE 700
OAKLAND, CA 94612-3763
TEL: 1-510-208-5500, FAX: 1-510-208-5511
WWW.BAYOAKLAW.COM