

**Davis Wright Tremaine LLP**

27th Floor
1633 Broadway
New York, NY 10019-6708

**Christopher Robinson**
212-603-6441 tel
212-489-8340 fax

chrisrobinson@dwt.com

March 1, 2013

Via Email

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
Room 730
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 4 2013
```

8821

Re:   *Lang, et al., v. Morris*, Civil Case No. 11-cv-0882.

Your Honor,

We represent the defendant, Sarah Morris, in the above-captioned matter.

We wish to advise the Court that the parties to the above-captioned matter have reached an agreement to settle and are awaiting execution copies. We will inform chambers promptly when the matter is finalized.

Respectfully,

Christopher Robinson

cc: counsel of record (via email)