FORREST, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 2 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT J. LANG, NOBORU MIYAJIMA and
JASON KU,

                              Plaintiffs,                 Case No.: 11 CV 8821
                                                               (KBF)(AJP)

      -against-

SARAH MORRIS,

                              Defendant.
------------------------------------------------------------x

## STIPULATION OF DISMISSAL

       The parties having resolved the above-captioned action by agreement dated March 1, 2013;

       NOW THEREFORE the parties, through their undersigned counsel, stipulate and agree as follows:

1.       The claims asserted by plaintiffs in the First Amended Complaint in the above-captioned action are hereby dismissed with prejudice.

2.       All parties shall bear their own costs including attorneys' fees.

Dated: March 12, 2013

**For Plaintiffs:**
Bay Oak Law

By: /s/ Andrew K. Jacobson
Andrew K. Jacobson
Counsel for Plaintiffs

Dated: March 12, 2013

Haims Valentino LLP

By: /s/ Caroline Valentino
Caroline Valentino
Counsel for Plaintiffs

143507

**For Defendants:**

Dated: March 12, 2013

Reitler, Kailas & Rosenblatt, LLC

By: _____
Robert W. Clarida
Counsel for Defendant

SO ORDERED.

Dated: New York, New York
March 12, 2013

_____
Katherine B. Forrest
*United States District Judge*

Copies **by ECF** to:   All Counsel
U.S. Magistrate Judge Andrew J. Peck

2